UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MEGAN NEWMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARK ESPER[1], *Secretary, U.S. Department of Defense, in his official capacity on behalf of the Defense Contract Management Agency*, and DOES, *1 to 10, inclusive*,<br><br>　　　　Defendants. | No. CV 18-8185-FMO (GJSx)<br><br>**ORDER ON STIPULATION [59] TO AMEND SCHEDULING ORDER TO AUTHORIZE DEPOSITIONS AFTER FACT DISCOVERY CUT-OFF**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

Upon considering the parties' Stipulation to Amend Scheduling Order to Authorize Depositions After Fact Discovery Cut-Off, and good cause appearing therefore, this Court orders as follows:

1) The continued deposition of Manisha Patel can occur on a mutually convenient date in February 2020.

2) The deposition of Analyn Suarez (a third-party witness) can occur on a mutually convenient date in February 2020.

3) In the event Plaintiff is unable to complete the deposition of the representative of

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Mark Esper, Secretary of Defense, is automatically substituted for his predecessor, Patrick M. Shanahan.

1

1 | Defense Contract Management Agency on January 30, 2020, for reasons
2 | independent of the venue's availability, the parties can continue the deposition on
3 | a mutually agreeable date on or before February 24, 2020.
4 | 4) In the event that Plaintiff is unable to complete her examination of Ms. Black on
5 | January 31, 2020, Plaintiff is authorized to continue the deposition of Ms. Black
6 | on a mutually agreeable date on or before February 24, 2020.

Dated: January 31, 2020        /s/ Fernando M. Olguin
                               UNITED STATES DISTRICT JUDGE