# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 18-8185 FMO (GJSx) | Date | May 14, 2021 |
| Title | Megan Newman v. Lloyd J. Austin | | |

**Present: The Honorable** Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**    (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Having reviewed the parties' Joint Status Report Re: Settl[e]ment and Joint Response to Order to Show Cause Re: Sanctions or Dismissal (Dkt. 90), IT IS ORDERED THAT:

1. The parties and their trial counsel shall attend further settlement proceedings before the Honorable Suzanne H. Segal, Ret. (the "mediator") no later than **June 15, 2021**. The costs of the mediator shall continue to be divided equally between the parties. The court urges the parties in the strongest possible terms to use their best efforts to resolve this case instead of incurring additional legal fees and causing the court to expend its limited resources on this dispute.

2. The parties must, no later than 24 hours after the settlement proceeding is completed, file a Status Report Re: Settlement, indicating whether the case has settled.

3. Except as set forth in this Order, the parties shall continue to comply with the requirements set forth in the Court's Order of February 26, 2021 (Dkt. 88).

4. The Order to Show Cause Re: Sanctions or Dismissal is hereby continued pending compliance with paragraph two above.

                               00 : 00

                        Initials of Preparer     vdr